ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
General Electric Company                                 )     ASBCA No. 64317
                                                         )
Under Contract No. FA8626-16-C-2138 *et al.*             )

APPEARANCES FOR THE APPELLANT:          Thomas A. Lemmer, Esq.
                                        Phillip R. Seckman, Esq.
                                          Dentons US LLP
                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Scott Reid, Esq.
                                        Kara M. Klaas, Esq.
                                          Trial Attorneys
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 18, 2025

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64317, Appeal of General Electric Company, rendered in conformance with the Board's Charter.

Dated:  September 18, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals